IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) No. | |
| | ) | |
| BERNARD JOHNSON, | ) | 29 U.S.C. § 439(c) |
| [DOB: XX/XX/1967], | ) | NMT: One Year Imprisonment, |
| | ) | NMT: $10,000 Fine, |
| | ) | NMT: One Year Supervised Release |
| Defendant. | ) | $50 Special Assessment |

INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

Between in or about June 2002, and in or about April 2003, in the Western District of Missouri, BERNARD JOHNSON, defendant herein, did knowingly and willfully make false entries in records, reports, and statements of Local 297, National Postal Mail Handlers Union, in that defendant willfully made and submitted false expense statements for Local 297 credit card charges representing union funds which he had converted to his own use and which records, reports, and statements, Local 297, National Postal Mail Handlers Union, was required to keep and maintain pursuant to the provisions of Title 29.

All in violation of Title 29, United States Code, Section 439(c).

                                                    Bradley J. Schlozman
                                                    United States Attorney

                                      By    *D. Michael Green*

                                                    D. Michael Green
                                                    Assistant United States Attorney

Date: 11-06-06